IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHARLES N. BROWN,  3:10-CV-00383-BR

Plaintiff,

JUDGMENT
OF DISMISSAL

v.

MARK NOOTH; SERGEANT BOLTEN;
CAPTAIN RODRIGUEZ; LIEUTENANT
FOOTE; LIEUTENANT WEBB;
LIEUTENANT JACKSON; JAMIE MILLER;
LIEUTENANT PARKS; CAPTAIN
PETERSON; LIEUTENANT WALLACE;
SERGEANT BROWN,

Defendants.

Based upon the filing of the Stipulated Motion to Dismiss (#66) filed January 31, 2012, with prejudice, this motion is **GRANTED** and this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 1st day of February, 2012

ANNA J. BROWN
United States District Judge